# Third District Court of Appeal

## State of Florida

Opinion filed January 12, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1655
Lower Tribunal No. 13-3987

————————————

**Helen Chirino,**
Appellant,

vs.

**Jose Leon, et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Vernita C. Williams, Esq., P.A., and Vernita C. Williams, Sutton Law Group, P.A., and John R. Sutton, for appellant.

Law Offices of Mendez & Mendez, P.A., and Sergio L. Mendez, Daniel J. Mendez, and Lorena Friger, The Florida Estate Planning Law Firm, and Jose Ignacio Leon, for appellees.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.